STATE OF NEW JERSEY v. CHRISTOPHER WILSON.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ROBINSON.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN MURRAY.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE GIEDER.

June 20, 1983.

Petition for certification denied.

BARBARA WATSON v. THOMAS H. WATSON.

June 20, 1983.

Petition for certification denied.